IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| James M. Cuyler, | ) | |
| | ) | Civil No. 3:09-CV-2774-DCN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| State of South Carolina; Judges: | ) | **ORDER** |
| Cameron McGowan Currie, | ) | |
| Joseph R. McCrorey, Joseph F. | ) | |
| Anderson; and United States Attorney | ) | |
| Walter W. Wilkins, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on plaintiff's motion for nonjoinder seeking to add the undersigned as a defendant and to prevent the undersigned from further participation in this case in a judicial capacity. Plaintiff's underlying complaint was dismissed on April 5, 2010, and his case was closed on April 9, 2010. Plaintiff may not join an additional party in a closed case. Accordingly, the court **DENIES** plaintiff's motion for nonjoinder.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**February 8, 2011**
**Charleston, South Carolina**

1